**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

———

**CHRISTOPHER J. BECKWITH, an individual**
**Plaintiff,**
v.
**HASSAN A. SPRUILL, an individual,**
**Defendant.**



———

**COMPLAINT FOR COPYRIGHT INFRINGEMENT, DMCA**
**MISREPRESENTATION, AND**
**RELATED CLAIMS**
**DEMAND FOR JURY TRIAL**



———

## I. INTRODUCTION

**1.** This action arises from Defendant's willful and unlawful interference with Plaintiff's exclusive rights in original musical works, including the album "To My Chagrin" by (indie-rock band) Sankofa and individual track including "The World We're Living In" by (musician) Young Jimmy.

**2.** Defendant knowingly and in bad faith submitted false ownership claims and/or takedown notices, causing Plaintiff's copyrighted works Sankofa Album "To My Chagrin" and Young Jimmy song "The World We're Living In" to be removed or suppressed from distribution platforms and publications, including entities such as AFROPUNK and Spotify.

**3.** Defendant's actions were intentional, malicious, and in reckless disregard of Plaintiff's rights, entitling Plaintiff to maximum statutory damages.

REC'D IN PRO SE OFFICE
MAY 1 '26 *11:51

## II. PARTIES
**4.** Plaintiff **Christopher J. Beckwith** is an individual residing in New York, who
conducts business as a sole proprietor under the record label name "HOOD ROCK
RECORDS."

**5.** Upon information and belief, Defendant **Hassan A. Spruill** is an individual
residing in 269 Melrose St Apt 1L, Brooklyn, NY
who previously collaborated with Plaintiff and had knowledge of Plaintiff's
ownership rights.

## III. JURISDICTION AND VENUE
**6.** Federal question jurisdiction under:
- 28 U.S.C. § 1331 (Federal Question)
- 28 U.S.C. § 1338(a) (copyright-specific)

**7.** Venue is proper in this District because:
- A substantial part of the events occurred in New York
- Harm was suffered in this District
- Relevant third parties, including AFROPUNK, operate within this District

## IV. FACTUAL ALLEGATIONS
**8.** Plaintiff is the sole owner of valid copyrights in the following works:
- "To My Chagrin" album by Sankofa Registration Number / Date
SR0001057569 / 2025-08-16
- "The World We're Living In" song by Young Jimmy
Registration Number / Date
SRU001465913 / 2021-05-04

**9.** These works are original musical compositions (except album tracks 1 &
6) and
sound recordings fixed in a tangible medium and protected under U.S.

copyright
law.

**10.** Plaintiff has registered these works with the United States Copyright
Office.

**11.** Plaintiff also owns a pending trademark application for the mark
"Sankofa" filed
with the United States Patent and Trademark Office Application serial
no.99525474.

**12**. Defendant had actual knowledge of Plaintiff's ownership rights due to
prior
collaboration and direct involvement with the works.

**13.** Despite this knowledge, Defendant:
- Submitted false claims of ownership and/or control
- Initiated unauthorized takedown requests DMCA
- Interfered with distribution and public availability of Plaintiff's works

**14.** As a direct result, Plaintiff suffered:
- Loss of streaming revenue
- Reputational harm
- Disruption of business relationships
- Loss of promotional opportunities

## I. NATURE OF THE ACTION

**1.** This action arises from Defendant's wrongful conduct in falsely asserting
control and/or ownership over Plaintiff's musical work and causing a third-
party
publication to:
• Remove Plaintiff's music from a published press release;
• Delete and replace the original publication URL;
• Alter and falsify production and authorship credits;
• Remove Plaintiff and other contributors from attribution.
• Submitted a copyright infringement claim to Spotify against Plaintiff
asserting

"Sankofa" as his company and the song by Young Jimmy "The World We're Living
In" as his exclusive copyright worldwide.

**2.** Defendant's actions resulted in reputational harm, loss of promotional exposure, and economic damages to Plaintiff's music career.

———

**Original Release and Promotion (KEY EVIDENCE)**
**3.** On or about October 17, 2014, Plaintiff personally submitted the album "To
My Chagrin" for publication to <u>AFROPUNK</u>.

**4.** Plaintiff's submission included:
• A written description of the album
• Accurate band history and credits
• A streaming link to the music (SoundCloud)

**5.** On October 20–21, 2014, AFROPUNK responded and confirmed:
• They would publish the album
• They requested promotional images
• They proceeded to publish the press release

**6.** The original press release:
• Featured Plaintiff's music streaming on SoundCloud
• Accurately reflected band membership and contributions
• Credited Grammy nominated engineer <u>Paul Mahajan</u>
• Identified Plaintiff as a core contributor (lead guitarist)

**C. Subsequent Alteration and Removal**

**7.** Years later, without Plaintiff's knowledge or consent:
• The original AFROPUNK URL was deleted and replaced
• The press release was modified
• Plaintiff's music stream was removed
• Credits were altered to favor Defendant
• Plaintiff and other contributors were removed or diminished
• Original URL ("404 NOT FOUND" DELETION):

2014: [https://afropunk.com/new-music-young-jimmy-shares-unreleased-albumto-
my-chagrin](https://afropunk.com/new-music-young-jimmy-shares-unreleasedalbum-
to-my-chagrin)
• New URLs:
2019: https://afropunk.com/2014/10/new-music-unreleased-sankofa-album-to-mychagrin-
featuring-young-jimmy/
2019: [https://afropunk.com/2014/10/new-music-unreleased-sankofa-album-tomy-
chagrin-featuring-young-jimmy/?amp=1](https://afropunk.com/2014/10/newmusic-
unreleased-sankofa-album-to-my-chagrin-featuring-young-jimmy/?amp=1)

**8.** Archived records (via <u>Internet Archive</u>) confirm:
• No existence of the original url publication from 2014
• Multiple new url versions
• Subsequent changes and removal of content and credits over time 2019 -
2025.

**9.** On 03/01/2023 Spotify copyright infringement claim was submitted by Hassan
Spruill for the song "The World We're Living In" by (musician) Young Jimmy
released by HOOD ROCK RECORDS. Song was disabled on Spotify streaming
service worldwide.
Claim 06936640 -
ref:_00D0992XChO._5006Na9u3F:ref.

_____

## D. Defendant's Conduct

**10.** Upon information and belief, Defendant:
• Contacted AFROPUNK and asserted control or ownership over the project
• Contacted Spotify and submitted a copyright infringement claim
• Caused or induced the disablement and removal of Plaintiff's music

• Caused or influenced the alteration of credits and publication content

**11.** Defendant's claims were false and made without authorization.

_____

### E. Lack of Notice (IMPORTANT FACT)

**12.** Plaintiff never received:
• Any notice of a takedown request (from AFROPUNK)
• Any communication regarding removal of the music (from AFROPUNK)
• Any opportunity to dispute the actions taken.

_____

### F. Harm to Plaintiff

**13.** As a direct result:
• Plaintiff lost promotional exposure tied to a major cultural platform
• Plaintiff's authorship and contributions were misrepresented
• Plaintiff's professional reputation was harmed
• Plaintiff suffered economic damages related to music distribution and visibility.

_____

### V. CLAIMS FOR RELIEF

_____

### COUNT I – COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

**14.** Plaintiff incorporates all preceding paragraphs.

**15.** Defendant violated Plaintiff's exclusive rights by interfering with distribution and
exploitation of the copyrighted works.

**16.** Defendant's conduct was willful, intentional, and in reckless disregard of
Plaintiff's rights.

17. Plaintiff elects to recover statutory damages under 17 U.S.C. § 504(c), including
maximum damages of up to **$150,000** per infringed work.

## COUNT II – DMCA MISREPRESENTATION (17 U.S.C. § 512(f))

18. Defendant knowingly and materially misrepresented that Plaintiff's works were
infringing.

19. These misrepresentations caused third-party platforms, including AFROPUNK,
and Spotify to remove or disable access to Plaintiff's content.

20. Plaintiff was injured as a direct result.

## COUNT III – TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

21. Defendant intentionally interfered with Plaintiff's relationships with distribution
platforms, publications, partners, and audiences.

22. Such interference was improper and caused measurable economic harm.

## COUNT IV – FALSE DESIGNATION / UNFAIR COMPETITION (15 U.S.C. § 1125(a))

23. Plaintiff incorporates all preceding paragraphs.

24. Plaintiff has enforceable rights in the Sankofa mark through use in commerce
and a pending application with the United States Patent and Trademark Office.

**25.** Defendant's conduct created confusion as to ownership, affiliation, or control of
the works.

_____

## COUNT V – False Attribution (Lanham Act)

**26.** Defendant caused false and misleading credits regarding:
• Authorship
• Production
• Origin of the work

_____

## VI. PRAYER FOR RELIEF
WHEREFORE, Plaintiff respectfully requests that this Court:

**A.** Award statutory damages of up to **$150,000** per infringed work for willful copyright infringement;

**B.** Award damages for DMCA misrepresentation;

**C.** Issue preliminary and permanent injunctive relief prohibiting Defendant from
making further false claims;

**D.** Order restoration of Plaintiff's works across affected platforms;

**E.** Award attorneys' fees and costs pursuant to 17 U.S.C. § 505;

**F.** Release and grant original master recordings/ session files (To My Chagrin) to
plaintiff;

**G.** Grant such other and further relief as the Court deems just and proper.

_____

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

**Dated: 05/01/2026**
Respectfully submitted,
**HOOD ROCK RECORDS**
**Christopher J. Beckwith, CEO**
P.O. Box 211148 Brooklyn NY, 11221
hoodrockrecordsllc@gmail.com
917-455-1082